**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name: Marvinell Harlan v. Texas Department of Insurance, Division of Workers' Compensation (TDI-DWC), Dr. Ikedinobi Eni, and Administrative Hearing Officer Jacque Coleman

Appellate case number: 01-14-00479-CV

Trial court case number: 2013-64138-A

Trial court: 190th District Court of Harris County

Date motion filed: August 17, 2016

Party filing motion: Appellant Marvinell Harlan


It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                        Acting for the Court

Panel consists of: Justices Higley, Bland, and Massengale


Date: September 13, 2016